August 24, 2015

Court of Criminal Appeals
PO Box 12308
Austin, Texas  78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

RE: No. PD-__TBA____
    Ramon Padilla vs. State of Texas
    App. No. 08-12-00234-CR
    T/C No. 20110D02154

Dear Court Clerk,

    Please find enclosed my MOTION FOR EXTENSION OF TIME TO FILE PRO SE PETITION FOR DISCRETIONARY REVIEW to be filed and presented to the Court for consideration and ruling in the above styled cause.

    Please note that a copy of this motion has been served upon the El Paso District Attorney and the State Prosecuting Officer on this date.

    I would further request for the Court to note that I am incarcerated at the Smith Unit of TDCJ. Per the Rules of Appellate Procedure I must file multiple copies of each pleading with the Court. I am unable to obtain or provided copy service from TDCJ, therefore I would request such be suspended, per this letter. Should the Court require a motion to suspend the Rules, please notify me and I will provide.

    Thank you for your time and assistance with this matter, it is greatly appreciated and welcomed. I await the Court's decision in these matters.

                                    Sincerely,

                                    X

                                    Ramon Padilla
                                    Appellant Pro Se
                                    TDCJ-ID # 1809857
                                    Smith Unit
                                    1313 CR 19
                                    Lamesa, Texas  79331

enclosure(s): 1 (2 pgs)

cc: file
    El Paso District Attorney
    State Prosecuting Office

# IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

RAMON PADILLA § NO. _____

vs § APP. NO. 08-12-00234-CR

STATE OF TEXAS § T/C NO. 20110D02154

## MOTION FOR EXTENSION OF TIME TO FILE
## PRO SE PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, RAMON PADILLA, APPELLANT PRO SE, and files this motion for an extension of 90 days for Appellant to file his pro se Petition for Discretionary Review. In support of this motion, Appellant would show the Court the following:

I.

On August 12, 2015, the Eighth Court of Appeals issued an Opinion that affirmed the conviction in the 346th District Court of El Paso County, Texas.

The filing deadline for the Appellant's Pro Se Petition for Discretionary Review is September 12, 2015. Appellant has notified that he wishes to appeal the Eighth Court of Appeals' ruling. Therefore, Appellant request a 90-day extension of time for Appellant to file his Pro Se Petition for Discretionary Review. This is the first such request for extension.

II.

Appellant's request for extension is based upon the following facts:

1. Since the Appellant is not entitled to have appointed counsel file his Petition for Discretionary Review, the Appellant would need to retain counsel or begin preparing his PDR pro se promptly.

2. Appellant wishes to pursue a Pro Se Petition for Discretionary Review and seeks an extension of time from this Court and has filed a motion to obtain the Clerk's and Reporter's Records in the Court of Appeals.

3. Appellant is requesting an extension of ninety days rather than thirty days due to the inherent delay in getting the Records transmitted from the El Paso County District Clerk to the Institutional Division of the Texas Department of Criminal Justice and to the Appellant. The unavoidable delay in transmitting strictly controlled documents such as trial records from one governmental agency to another through postal service may be reasonably expected to consume a significant portion of a thirty day period of extension.

Thus, in order to adequately discharge the right to file a petition, the Appellant

FILED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

respectfully request a 90-day extension of time in order for Appellant to properly prepare and present his Pro Se Petition for Discretionary Review.

## PRAYER

WHEREFORE PREMISES CONSIDERED, the Appellant prays that this Honorable Court grants this motion and extend the deadline for filing the Appellant's Petition for Discretionary Review to November 12, 2015, in the interest of justice.

Respectfully Submitted

DATED: August 24, 2015

x _Ramon Padilla_

Ramon Padilla
Appellant Pro Se
TDCJ-ID # 1809857
Smith Unit
1313 CR 19
Lamesa, Texas   79331


I, Ramon Padilla, declare under penalty of perjury that the foregoing is true and correct and further certify that a true and correct copy has been served upon:
El Paso District Attorney, 500 E. San Antonio, RM 203, El Paso, Texas   79901-2496
Stae Prosecuting Attorney, PO Box 12405, Austin, Texas   78711-2405
by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 24th day of August, 2015.

x _Ramon Padilla_

Ramon Padilla
TDCJ-Id # 1809857
Appellant Pro Se